# LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**JEFFREY A. PAYNE**
Writer's Direct Dial: (212) 341-4316
E-Mail: jpayne@lskdnylaw.com

**NEW JERSEY OFFICE**
500 Frank W. Burr Blvd
5th Floor, Suite 31
TEANECK, N.J. 07666
(973) 912-9501

July 22, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/23/2021
```

*Via ECF*
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Attn:** Hon. Judge Mary Kay Vyskocil

**Re:** **Kiran Vuppala v. Spanish Benevolent Society Inc. (La Nacional), a New York not-for-profit corporation, a New York corporation, d/b/a La Nacional, et al**
Docket No.:   1:21-cv-02218-MKV
Our File No.:   552-0001

Dear Hon. Judge Vyskocil:

Please allow this correspondence to serve as Defendant's request to adjourn and reschedule the Initial Case Management Conference, which is scheduled for July 26, 2021 at 10:00 a.m. I have a court ordered mediation that I am attending from 10:00 a.m. to 11:30 a.m. that same day and respectively request that the Court reschedule the conference for later that day or another date. There have been no previous requests for an adjournment and I have conferred with plaintiff's counsel who has consented to this application.

Thank you.

Respectfully submitted,

*s/Jeffrey A. Payne*
JEFFREY A. PAYNE

JAP:imr
4815-5612-2867
cc:

*Via ECF*
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
***Attn: B. Bradley Weitz, Esq.***
Attorneys for Plaintiff

---

The Initial Pretrial Conference scheduled for July 26, 2021, at 10:00 AM is adjourned to July 26, 2021, at 3:00 PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. SO ORDERED.

Date: 7/23/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge