# THE WEITZ LAW FIRM, P.A.

18305 Biscayne Blvd., Suite 214
Bank of America Building
Aventura, Florida  33160
Main:  305-949-7777
Fax:   305-704-3877

October 30, 2014

<u>**VIA ECF**</u>
Honorable Judge **Mary Kay Vyskocil**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2021
```

Re:   Vuppala v. Spanish Benevolent Society Inc. (La Nacional), et al.
      Case 1:21-cv-02218-MKV

Dear Hon. Judge Vyskocil:

The undersigned represents the Plaintiff in the above-captioned civil action.

Per today's Scheduling Order [D.E. 14], the Initial Pretrial Conference was rescheduled to be held on Tuesday, July 27, 2021, at 3:00 p.m., in your Honor's Courtroom.

The undersigned has a conflict with another matter, previously scheduled at the same time and date, G*irotto v. Richman Imports, LLC,* Case 1:20-cv-06036-PAE-RWL of the U.S.D.C of the Southern District of New York. Therefore, the undersigned respectfully requests a change of time for the instant conference to a 3:30 p.m. time, which is a time both parties in this matter are available to attend.

The undersigned has conferred with opposing counsel who has consented to this motion. Thank you for your kind attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    (BW9365) THE WEITZ
    LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

---

GRANTED.  The Initial Pretrial Conference will be held on Tuesday, July 27, 2021, at 2:30 PM.  The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. SO ORDERED.

Date: 7/27/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge