USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>                        Plaintiff,<br><br>-against-<br><br>SPANISH BENEVOLENT SOCIETY INC (LA NACIONAL), a New York not-for-profit corporation d/b/a La Nacional; and SPANISH BENEVOLENT SOCIETY INC. (CENTRO ESPANOL), a New York not-for-profit corporation,<br><br>                        Defendants. | 1:21-cv-2218-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Defendant informing the Court that the parties have reached a settlement in principle [ECF No. 19].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 14, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  October 14, 2021**
**       New York, NY**

                                                      */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                     **United States District Judge**